CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG 08 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MAYNARD ORVILLE OVERTON,<br>Plaintiff, | Civil Action No. 7:08-cv-00447 |
| v. | **DISMISSAL ORDER** |
| ATTORNEY GENERAL OF VIRGINIA,<br>Defendant. | By:  Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that Overton's pleading is **CONSTRUED** as a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254; and this action is **DISMISSED** without prejudice as successive and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This ___8th___ day of August, 2008.

_____
Senior United States District Judge